IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-616-D

| | |
|---|---|
| WILLIE W. YON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| VITRAN EXPRESS SOUTHWEST, ) | |
| ) | |
| Defendant. ) | |

On March 21, 2014, plaintiff filed a motion for voluntary dismissal [D.E. 23]. Defendant consents to the motion [D.E. 27]. In accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the action is DISMISSED without prejudice. Defendant's motion to dismiss [D.E. 22] is DENIED as moot.

SO ORDERED. This 1 day of May 2014.

JAMES C. DEVER III
Chief United States District Judge